■ Louis Serrante, Appellant, v Moses & Singer LLP et al., Respondents. [27 NYS3d 855]—

Order, Supreme Court, New York County (Jeffrey K. Oing, J.), entered December 24, 2014, which, insofar as appealed from as limited by the briefs, granted defendants' motion to dismiss the complaint, unanimously affirmed, with costs.

Plaintiff seeks compensatory and punitive damages resulting from an alleged scheme by defendants to defraud the court in a prior action between plaintiff and defendant GJF (*Serrante v GJF Constr. Corp.*, 72 AD3d 543 [1st Dept 2010], *lv denied* 15 NY3d 704 [2010]), and related enforcement proceedings, in which defendant Moses & Singer represented GJF. Defendants' motion to dismiss was properly granted since the action is barred by the "ancient rule that the courts of this State will not entertain civil actions for damages arising from alleged subornation of perjury in a prior civil proceeding" (*Newin Corp. v Hartford Acc. & Indem. Co.*, 37 NY2d 211, 217 [1975]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Renwick, Moskowitz, Kapnick and Kahn, JJ.